UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22044-OTAZO-REYES

ELIAS JAIME,
        Plaintiff,

v.

NOMI HEALTH, INC.,
        Defendant.
_____/

**ORDER OF DISMISSAL**

THIS CAUSE having come before the Court upon the parties' Joint Motion to Approve Settlement and for Dismissal with Prejudice [D.E. 22] and for good cause shown, it is

ORDERED and ADJUDGED as follows:

After reviewing the terms of the parties' Settlement Agreement (hereafter, "Settlement Agreement"), the parties' Joint Motion to Approve Settlement and for Dismissal with Prejudice [D.E. 22] is hereby **GRANTED**.  The Court finds the parties' Settlement Agreement to be fair and reasonable in light of a bona fide dispute pursuant to <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor</u>, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, the parties' Settlement Agreement is hereby **APPROVED** and this action is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own legal fees and costs except as provided in the Settlement Agreement approved by the Court. All pending motions are **DENIED AS MOOT** and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida this <u>28th</u> day of October, 2022.

                                                    _____
                                                    ALICIA M. OTAZO-REYES
                                                    UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record